Case 7:20-cv-00223   Document 17   Filed on 06/10/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAUL CANTU § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:20-cv-223 |
| § | |
| UNITED PROPERTY AND CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

The Court now considers Defendant's motion for entry of a final judgment[1] and the Court's June 10, 2021 order dismissing all of Plaintiff Saul Cantu's claims with prejudice.[2] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's orders. The Court holds that Plaintiffs take nothing by this suit. Each party is to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. All remaining motions in this case are moot. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of June 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.
[2] Dkt. No. 16.